```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 5:01-cr-27(DCB)(JCS)

DONALD RAY QUINN


## JUDGMENT OF ACQUITTAL

This matter having come before the Court for trial with a jury on August 15, 2002, and the Court having found the defendant not guilty and having acquitted him;

And, now having come to the attention of the Court that for matters unknown to the undersigned, the Judgment of Acquittal was not placed of record;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendant, Donald Ray Quinn, the said defendant having been acquitted on the date above mentioned, and the Clerk of this Court is instructed to place of record this Judgment of Acquittal of all charges which were set forth in the indictment.

SO ORDERED AND ADJUDGED, this the  12th  day of April, 2006.

                                   s/ David Bramlette
                            UNITED STATES DISTRICT JUDGE